UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE M. JOHNSON, | No. 2:15-cv-2305 CKD P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT FOX, et al., | |
| Defendants. | |

On December 22, 2015, plaintiff's complaint in this prisoner civil rights action was dismissed for failure to state a claim. (ECF No. 5.) Before the court for screening is plaintiff's First Amended Complaint ("FAC"). (ECF No. 8.) See 28 U.S.C. § 1915A(a).

Having reviewed the FAC, the court concludes that it fails to cure the defects of the original complaint as discussed in the December 22, 2015 screening order. The allegations are so vague and conclusory that the FAC fails to state a claim upon which relief can be granted. Also, to the extent plaintiff alleges that state officials wrongfully deprived him of his property, plaintiff must seek a remedy in the state system before suing in federal court. (See ECF No. 5 at 3.)

Plaintiff has consented to the jurisdiction of a magistrate judge to conduct all proceedings in this action. (ECF No. 4.) As it appears another round of amendment would be futile, the court will dismiss this action.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The first amended complaint (ECF No. 8) is dismissed without prejudice; and

2. The Clerk of Court shall close this case.

Dated: April 4, 2016

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /john2305.fac